No. 00–6983. TRICE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6987. ALI v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–6993. LAZARD v. EAST LOUISIANA STATE HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 00–7003. PICO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–7008. O'NEAL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7009. NORELLI v. CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–7019. SMITH v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–7026. KIRKNER v. WILSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7029. BAILEY v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–7034. ZAWAADI v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7042. HAYES v. MOUNTAIN COMPREHENSIVE CARE CENTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–7052. LOHEAC v. POOLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–7055. WARE v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 00–7056. PARROTT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–7057. YOUNG v. SAGER ET AL. C. A. 7th Cir. Certiorari denied.